IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SAMUEL A. OYEWOLE | § | |
| | § | |
| v. | § | NO. 9:15-CV-143 |
| | § | |
| DEPOSITORS INSURANCE COMPANY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case was assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 14-10. Pending before the court is a "Motion to Dismiss Complaint" filed by the Defendant, Depositors Insurance Company. (Doc. No. 8.) The magistrate judge filed a report recommending that the court deny the Defendants' motion and grant leave to amend the complaint. (Doc. No. 32.) No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. Furthermore, the court's independent review confirms that the magistrate judge's analysis is correct.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 32) is **ADOPTED**; and the Defendant's "Motion to Dismiss Complaint" (Doc. No. 8) is **DENIED and leave to amend the Complaint is GRANTED**.

SIGNED this 13th day of May, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE